Kenneth L. Valinoti, Esq., SBN 118442
James S. McPherson, Esq., SBN 178608
**VALINOTI, SPECTER & DITO, LLP**
353 Sacramento Street, Suite 1140
San Francisco, California  94111-3657
Telephone:  (415) 986-1338
Facsimile:  (415) 986-1231
Email:  kvalinoti@valinoti-dito.com

Attorneys for Defendant
HART Pacific Commons Block 5 Owner, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RYAN,<br><br>Plaintiff,<br><br>vs.<br><br>THE HABIT RESTAURANTS LLC, dba THE HABIT BURGER GRILL; HART PACIFIC COMMONS BLOCK 5 OWNER, LLC,<br><br>Defendants | **CASE NO.:  3:15-CV-00611-JCS**<br><br>**STIPULATION OF DEFENDANT HART PACIFIC COMMONS BLOCK 5 OWNER, LLC AND PLAINTIFF SEAN RYAN TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[Northern District Rule 6-1(a)]** |

Plaintiff SEAN RYAN and Defendant HART PACIFIC COMMONS BLOCK 5 OWNER, LLC ("HART"), by and through their counsel of record, do hereby stipulate to extend the time within which Defendant may file a responsive pleading to Plaintiff's First Amended Complaint by fifteen (15) days.

**Procedural Grounds for Stipulation:**

The parties may agree between themselves to extend time within which to answer or otherwise respond to the complaint.  Pursuant to Northern District Federal Court Rule 6-1:

*Enlarging or Shortening Time:*

*(a) When Stipulation Permissible Without Court Order. Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order. Such stipulations shall be promptly filed pursuant to Civil L.R. 5.*

Accordingly, the parties agree that Defendant HART's responsive pleading shall be due on or before June 1, 2015.

SO STIPULATED.

Dated: May 15, 2015                    VALINOTI, SPECTER & DITO, LLP


                                       _____/s/ Kenneth L. Valinoti_____
                                       Kenneth L. Valinoti,
                                       Attorney for Defendant HART PACIFIC
                                       COMMONS BLOCK 5 OWNER, LLC


Dated: May 15, 2015                    MOORE LAW FIRM, P.C.


                                       _____/s/ Tanya E. Moore_____
                                       Tanya E. Moore,
                                       Attorney for Plaintiff


IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge



---

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

2

## ATTESTATION

I, Kenneth L. Valinoti, hereby attest that I have obtained the concurrence of Tanya E. Moore, Attorney for Plaintiff, in the filing of the attached Stipulation and the entry of her signature as indicated thereon.

Dated: May 15, 2015                /s/ Kenneth L. Valinoti_____
                                                     Kenneth L. Valinoti, Attorney for Defendant
                                                     HART PACIFIC COMMONS BLOCK 5 OWNER, LLC